1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
   Yosemite, California  95389
5  Telephone:  (209) 372-0241
6
7
8
9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,        DOCKET NO. 6:13-mj-55-MJS
13           Plaintiff,
14      v.                           **MOTION TO DISMISS; AND**
                                     **ORDER THEREON**
15  JAMES LOUIS SUMMERS,
16           Defendant.
17
18
19      Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of
20  Court endorsed hereon, the United States hereby moves the Court for an order of
21  dismissal without prejudice in the interest of justice. The Government is unable to locate
22  the defendant and will proceed through the Central Violations Bureau via citations.
23
24      Dated:  December 18, 2013         NATIONAL PARK SERVICE
25
26                                         /S/ Matthew McNease
                                           Matthew McNease
27                                         Acting Legal Officer
28

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. James Louis Summers*, Docket No. 6:13-mj-55-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 20, 2013          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

2